UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

DAVID HARRIS,

    Plaintiff,

v.

COMMISSIONER JAMES E. DONALDSON, WARDEN STEVE UPTON, FNU DASHER, and JOHNNY SMITH,

    Defendants.

Case No. CV608-080

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 12 day of March, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA